Case 1:15-cv-02676-DLC Document 112-5 Filed 02/02/16 Page 1 of 25

JUNE 2011

# BRITANNICA™ FINANCIAL RESEARCH EDGE

PRESENTATION FOR THE UNITED STATES CLIENTS

Copyright © 2004-2011 Britannica. All rights reserved.

HIGHLY CONFIDENTIAL

TRADE SECRET/COMMERCIALLY SENSITIVE

# Accurately Understanding the World – Case Study Eastern Europe to the Pacific

## The Realm of South America

- South America is dominated by the Andes Mountains in the west and the Amazon Basin in the central north. Almost half of this realm's area and population are concentrated in just Brazil.

- South America's economy and population remains concentrated along the continent's periphery. Certain sections of Brazilian interior are now undergoing significant agricultural and road developments.

- Each country has unique problems and opportunities. Argentina's economic prospects are not good due to poor governance. It's currency is overvalued in our view. Bolivia and Ecuador now have many terrible policies. Infrastructure is lacking in Northern Brazil. Venezuela's economy is being run into the ground by its leadership. Guayana and Suriname are also not worthy of any consideration. Ecuador, Venezuela, and Bolivia lag despite substantial natural resources.

- Chile, parts of Colombia, parts of Peru and Southern Brazil are the engines of economic progress in the region. *But a lot of growth and success are already priced in.*

- Overall, the region suffers huge problems. Still, it's not wise to bet against (short) some of the countries as long as we are in a commodities secular bull market. Near the end of the cycle, perhaps at the bottom of this decade, we may consider shorting areas within the region, because debt levels will build up and sources of hard currency will decline.

INVESTMENT APPROACH AND PHILOSOPHY : UNIQUE INSIGHTS

The entirety of this presentation, including but not limited to our logos, text, ideas, graphics, maps, designed elements, and other works are copyright protected. © 2004-2011 Britannica Capital. All rights reserved. Duplication or distribution strictly prohibited.

Case 1:15-cv-02676-DLC    Document 112-5    Filed 02/02/16    Page 3 of 25



JANUARY 2012

# BRITANNICA™ FINANCIAL RESEARCH EDGE

PRESENTATION FOR THE UNITED STATES CLIENTS

Copyright © 2004-2012 Britannica. All rights reserved.

# Trade Ideas

Case 1:15-cv-02676-DLC   Document 112-5   Filed 02/02/16   Page 6 of 25

## China

### Thesis

- China is a long term buy due to strong currency fundamentals, high savings rate, trade surplus, high reserves, and good infrastructure. However, the markets may continue to suffer short to medium term due to difficulties in the US and European economic outlook. It will pay to seek a good entry at some point over the next few years.

### Macro

- Tighter monetary policy due to inflation, increasing debt levels particularly at provincial levels, softer demand from overseas, and an accumulation of some excesses (such as in the coastal urban real estate) may lead to a further bear market.
- Certain companies in industries such as agriculture, tourism, and infrastructure will do well.

### Market History

- Chinese face financial repression as they can invest in only limited asset classes such as stocks, bank accounts, and real estate. This leads to bubbles.



The Chinese stock market peak coincided with a market mania when an uptrend developed due to many factors, such as the government's easy monetary policy, an ongoing currency war with the US, a gradual uptick in the RMB that resulted in speculative inflows from overseas, and even some reforms. The Chinese savings and excessive worldwide liquidity has to go somewhere, and we will closely monitor as they may flow into the local stock market again.

Shanghai Composite

### Trade

- Buy currency to the extent practical (it is not fully open), wait for the right timing to buy sectors within the stock market. Avoid real estate developers and companies with high exposure to coastal urban real estate values.

INVESTMENT THESES

HIGHLY CONFIDENTIAL

TRADE SECRET/COMMERCIALLY SENSITIVE

# Accurately Understanding the World – Case Study China and East Asia

## Map of China, Pipelines & Industrial Areas



China energy resources

▲ Gasfield
⟋ Oilfield
● Major coal mine
▨ Manufacturing region
▨ Coalfield
━ Oil pipeline

## What Could Go Wrong?

- There are also many risks, particularly related to lack of water. Other risks include dwindling resources (fertile soil, raw materials, energy), political instability (should the Communist Party lose its acceptance), separatists movement pressures (in Xinjiang or Tibet), occasional social unrest and even violent outbursts, widening gaps between rich and poor, or countryside and coastal cities, rising wage costs and inflation, environmental threats, bureaucracy (particularly faced by foreigners), and corruption.

- However, we believe that long term China will overcome these challenges.

INVESTMENT APPROACH AND PHILOSOPHY : UNIQUE INSIGHTS

**HIGHLY CONFIDENTIAL**

**TRADE SECRET/COMMERCIALLY SENSITIVE**

# Britannica Differentiators: World Class, Worldwide

## Unparalleled Understanding of the World

- A meaningful research edge that cannot easily be copied by others.

- An unrivalled understanding of the global macroeconomic puzzle.

- Getting into the guts of the local markets firsthand to figure out investments.

- Finding ignored sleepy stock markets in the remotest parts of the world about to take off or wake up again.

- Combining our own observations with cold hard numbers to make accurate predictions about economies, countries, investments, politics, and the course of capital markets.

- Unlocking the byzantine international money flow puzzle more accurately; and worldwide event driven trades more quickly, than other market participants.

- Alpha generation via superior research.

- Alpha also through discovery of macro economic shifts, market anomalies, and catalysts.

- Alpha further through smart carry, and carry unwind trades.

THOROUGH UNDERSTADING

The entirety of this presentation, including but not limited to our logos, text, ideas, graphics, maps, designed elements, and other works are copyright protected. © 2004-2012 Britannica Capital. All rights reserved. Duplication or distribution strictly prohibited.

Case 1:15-cv-02676-DLC    Document 112-5    Filed 02/02/16    Page 9 of 25

**Britannica**

# Global Macro Financial Research and Analysis Program

## Britannica Capital Background
# Deep Experience and Research Edge

- Success results from decisive action based on accurate thinking. Accurate thinking comes from doing own homework and studying history.
- Exploiting untapped markets around the world
- Alpha sources are uncovered by broad and deep research bolstered by unique insights of exploration team that transcend most of the buy side organizations

HIGHLY CONFIDENTIAL

TRADE SECRET/COMMERCIALLY SENSITIVE

Investment Programs and Philosophy

# Alpha Captured by Distinct Programs Driven with Contrarian Mindset and Focus on Value



Case 1:15-cv-02676-DLC   Document 112-5   Filed 02/02/16   Page 12 of 25

# Investment Programs and Philosophy
# Universe of currencies

| G10 countries | ASIA | EEMA | LATAM |
|---|---|---|---|
| • U.S. Dollar (USD)<br>• Euro (EUR)<br>• Japanese Yen (JPY)<br>• British Pound (GBP)<br>• Swiss Franc (CHF)<br>• Canadian Dollar (CAD)<br>• Australian Dollar (AUD)<br>• New Zealand Dollar (NZD)<br>• Norwegian Krone (NOK)<br>• Swedish Krona (SEK) | • Indian Rupee (INR)<br>• Indonesian Rupiah (IDR)<br>• Korean Won (KRW)<br>• Philippine Peso (PHP)<br>• Singapore Dollar (SGD)<br>• Taiwanese Dollar(TWD)<br>• Chinese Yuan (CNY)<br>• Malaysian Ringgit (MYR)<br>• Thai Baht (THB) | • Czech Koruna (CZK)<br>• Hungarian Forint (HUF)<br>• Israeli Shekel (ILS)<br>• Polish Zloty (PLN)<br>• Russian Ruble (RUB)<br>• Turkish Lira (TRY)<br>• South African Rand (ZAR) | • Argentine Peso (ARS)<br>• Brazilian Real (BRL)<br>• Chilean Peso (CLP)<br>• Colombian Peso (COP)<br>• Mexican Peso (MXN)<br>• Peruvian Sol (PEN) |

Case 1:15-cv-02676-DLC   Document 112-5   Filed 02/02/16   Page 13 of 25

# Investment Research Programs and Philosophy
## Universe of countries

Phase 1 (2004-2009):

- The United States of America

- Canada

- European Union

- Russia

- China

- Brazil

- Mexico

- Phase 2: Worldwide

# Uncovering the capital flows and positive macro trends



Source of graph above: yahoo.com

**Observations**

- Most of the data presented by media and governments are inaccurate

- Doing own homework by travelling close to the ground offers invaluable information

- Ignorance leads to arrogance, which leads to bad investments

**Implications**

- Only way to invest anywhere is to know what is happening everywhere

- Understanding the macro economic data, history and geography in correct context determines the magnitude success

- Identifying strong currencies can offer substantial opportunities

Case 1:15-cv-02676-DLC   Document 112-5   Filed 02/02/16   Page 15 of 25

6

# Research and analysis process, and generation of superior returns

- Learning by meeting and asking local business owners, ordinary citizens, entrepreneurs

- Understanding macro economic data in correct context, size and role of government

- Studying geography and history including past inflation and currency debasements

- Ways of printing money

  - Level of interest rate – nominal and real

  - Borrowings – households, corporations, government

  - Monetization

Case 1:15-cv-02676-DLC   Document 112-5   Filed 02/02/16   Page 16 of 25

**HIGHLY CONFIDENTIAL**

**TRADE SECRET/COMMERCIALLY SENSITIVE**

# Investment process and generation of superior returns

- Evaluate foreign investor friendly environment
- Investigate capital markets and behavior of central bank
- Inclination or disinclination of local businesses in accepting their own currency
- Regulation, protectionism and government inclination to block populist spending and agenda
- Politics, strength of political institutions, legal institutions and enforceability of law
- Look for catalyst for change
- Seek cheap and ignored for many years

Case 1:15-cv-02676-DLC   Document 112-5   Filed 02/02/16   Page 17 of 25

8

**HIGHLY CONFIDENTIAL**

**TRADE SECRET/COMMERCIALLY SENSITIVE**

# Research process and generation of superior returns



9

The entirety of this presentation, including but not limited to our logos, text, ideas, graphics, maps, designed elements, and other works are copyright protected. © 2004-2012 Britannica Capital. All rights reserved. Duplication or distribution strictly prohibited.

Case 1:15-cv-02676-DLC   Document 112-5   Filed 02/02/16   Page 19 of 25



**October 2011**

# BRITANNICA™  FINANCIAL  RESEARCH  EDGE–RUSSIA

PRESENTATION FOR THE UNITED STATES CLIENTS

Copyright © 2004-2011 Britannica. All rights reserved.

CONFIDENTIAL

# Uncovering the capital flows and positive macro trends



## Russia MICEX Index

Notice the huge rise in MICEX from 1998 to 2007 and a collapse that destroyed almost three quarters of its value during the last crisis. The real decline as measured in USD was even higher. You may have a great trade idea on the short side, if you can forecast the next crisis that will engulf the region.

**It is profitable to remember that certain emerging markets fall harder and faster than the US markets during crises.**

## Observations

- A great deal of data presented by media, politicians, governments and quasi government sources, and even brokerage reports, is simply not accurate or relevant.

- Doing our own homework by researching close to the ground, even in the most difficult places around the world, offers invaluable information that is the foundation of a research edge.

- Our forte is an accurate and thorough understanding of the three dimensional global economic puzzle that is based upon monetary policy, money flows, leverage, savings, investments and asset cycles, trade, regulation and productivity.

## Implications

- The only way to invest anywhere is to know what is happening everywhere.

- Understanding the macro economic data, history and geography in correct context determines the magnitude of success.

- Identifying strong currencies, economic and asset class cycles, can offer substantial opportunities.

INVESTMENT APPROACH AND PHILOSOPHY : UNIQUE INSIGHTS

**HIGHLY CONFIDENTIAL**

**TRADE SECRET/COMMERCIALLY SENSITIVE**

# Accurately Understanding the World – Case Study Eastern Europe to the Pacific

INVESTMENT APPROACH AND PHILOSOPHY : UNIQUE INSIGHTS

## The Realm of Russia and Ukraine – Worthy of Investment?

- Having thoroughly researched the emerging markets realm we believe individuals who consider "BRIC" as a meaningful investable or even growth category concept don't really understand the world. For their investors' sake we would recommend that these people should drive through these realms and do their homework to really understand how the world works. The majority of member countries, namely Russia, India, and to a lesser extent even Brazil, face huge problems and are simply too risky at this time and at these price levels.

- Take Russia for example. Under the Czars, the Russians forged a gigantic contiguous empire, and successors expanded it. Russia is the largest territorial state in the world - twice as large as Canada (which is the second largest country in the world)  However, much of Russia is cold and dry because mountain zones keep out the warmer subtropical air, but expose it to Arctic air masses. Many areas in the east are disputed with China. Russia appears to have lost control of some of its borders. The Eastern Frontier (shown) is what we at Britannica call a transition "buffer" zone, a fault line of sorts, and faces regional and cultural problems. Russia spends substantial funds on military to protect its core in the West (shown), thereby creating buffer zones and fault lines in Ukraine (discussed on the next page), Chechnya, Mongolia, Georgia, and many "Stans".

- Russia's population of under 141 million is comparatively small, is declining and is concentrated in the westernmost 20% of the country. The country lacks infrastructure, law-and-order, and skills in its populace. Courageous Russian entrepreneurs have to be concerned with police harassment, government corruption, bribes, and in some cases even confiscation of assets or loss of life. It is also unable to fully profit from its vast natural resources or industry. Capital investment is lacking. Entrepreneurial and labor skills in many local markets are not as high as they could be.

- **Russia will face teething problems for a very long time. However, it has vast natural resources and _if_ the prices fall low enough (as they did during the last crisis) then it may be worthy of a short term trade consideration on the long side. If prices rise too high and stay high, it may be worthy of a possible short at the end of the current commodities cycle.**

## Map of Russia, Its Industry, Oil Pipelines and Other Assets*



- The map above shows the Russian realm and major territories. Shaded areas in dark blue represent industrial centers.

* Not an exhaustive mapping of all assets and resources.

CONFIDENTIAL

# Accurately Understanding the World – Case Study Eastern Europe to the Pacific

## The Realm of Russia and Ukraine – Is It Worthy of Investment?

- Regions-long parts of the Soviet empire are realigning themselves. Eastern Europe and the heavily Muslim Southwest Asia are threats to the Russian core.

- Russia also suffers from being jammed within the Eurasian landmass; it has few good and suitably located ports. The north is too cold and the east is not well developed.

- West of the Ural Mountains lie the major cities including Moscow and St. Petersburg, industrial zones, transport and communications networks, and farming areas.

- Some economic development exists east of the Urals but mainly along a narrow corridor in the south. Much of the infrastructure outside the core, such as roads, pipelines, rail links, etc. is simply broken down or doesn't exist.

- On the West lies Ukraine. The map displays how Ukraine is divided in its political views due to Russian influence. The area on the Ukrainian east serves as a buffer zone for Russia and is a major fault line between NATO and Russia.

- During our drives through Ukraine it was common for us to be stopped by corrupt police officers seeking for bribes.

- Even though Ukraine has fertile farm land and commodities, any investment in agriculture or other industries at this stage would likely lead to problems. For example, enforcement of agreements or turning a profit can be difficult.

- Except weaponry and commodities, Russia doesn't produce almost anything that's competitive in the world markets at this time. Despite these and other serious problems we would hesitate to bet against (i.e. heavily short) Russia at this time for several reasons, such as the commodities bull market providing Russia with much needed hard currency.

## Map of Ukraine

Ukraine's electoral geography

Majority supporting western orientated candidate

Majority supporting candidate favored by Russia



INVESTMENT APPROACH AND PHILOSOPHY : UNIQUE INSIGHTS

CONFIDENTIAL

# Accurately Understanding the World – Case Study Eastern Europe to the Pacific

INVESTMENT APPROACH AND PHILOSOPHY : UNIQUE INSIGHTS

## New Markets for the E.U. in Southwest Europe

- **Albania (candidate),** Albania joined NATO in April 2009 and is a potential candidate for EU accession. We drove through Albania and discovered the economic reality up close and personal. The economy depends on subsistence farming and foreign workers remittances, coupled with low end exports. Current account balance situation is poor and reserves are limited. There are no liquid equities in the stock market yet. Funds from abroad are used to develop water supplies and sewer systems as well as other infrastructure such as the road system. Strong links with the financial sector of nearby Greece and Italy make Albania especially vulnerable.

- **Romania (2007),** is having difficulty keeping deficits in control because they are politically unacceptable. Some cuts were made to get bailout packages but they wouldn't cure anything. ExxonMobil and OMV have discovered deepwater gas wells off Romania's shores, which may reduce energy dependence but political problems remain even in that area. We are not interested unless BET (Bucharest Stock Index) levels drop well below 2009 lows.

- **Slovakia (2004),** primarily trading with Czech Republic and Germany, has no trade deficit and reasonably skilled workforce that some sends automotive and electronic equipment to certain parts of the world. FDI and liquidity created higher equity valuations that are now getting deflated. Industrial production dips with falling global demand but remains steady enough to not be seen as a big risk. We seek cheaper equity levels before contemplating any allocation.

- **Hungary (2004),** heavily dependent on foreign investments, suffered in the 2008 global crisis, and following $25+billion bailout package, public debt is estimated at more than 80% of GDP. Monetary easing policies may harm the currency but may not help domestic lending, primarily offering short term help to the banking sector as relapse into recession looms throughout the next couple of years.  We seek cheap BUX levels well below 2009 lows, coupled with currency bottoming and stabilization, before contemplating allocation.

- **Poland (2004)** With a budget deficit, a trade deficit, and a recent run-up in equity markets due to excessive global liquidity, the Warsaw stock market isn't exactly attractive. We expect deterioration in currency as well as equity levels.

