# SONNABENDLAW

**Jeffrey Sonnabend**
Attorney at Law

600 Prospect Avenue
Brooklyn, NY 11215
718.832.8810
JSonnabend@SonnabendLaw.com

February 12, 2016

Via ECF

Hon.  Denise L. Cote
United States District Court for the Southern District of New York
500 Pearl St., Room 735
New York, NY  10007-1312

       re:    Lewis et al. v. Madej et al.
             15-cv-2676

Dear Judge Cote:

I am counsel to Plaintiffs in the above referenced case.  I write to seek to file an *ex parte* motion to withdraw as counsel.  I believe the instant motion must be made *ex parte* as it concerns matters of a confidential nature subject to attorney/client privilege and otherwise not relevant to the instant action.  The *ex parte* motion is being submitted to chambers concurrently herewith pursuant to the Court's individual practice 4.A.

Presently scheduled in the action are (1) a telephonic conference with the Court on February 16 at 10:00 a.m. concerning Plaintiffs' motion to compel, and (2) Plaintiffs' opposition to Defendants' motion for judgment on the pleadings/summary judgment, due February 19. Plaintiffs respectfully request that these dates be adjourned while Plaintiffs obtain new counsel.

Thank you for your attention to this matter.

Sincerely,

Jeffrey Sonnabend (JS1243)
Attorney for Plaintiffs