February 16, 2016

**VIA ECF**

Hon. Denise L. Cote
United States District Court for the Southern District of New York
500 Pearl St., Room 735
New York, NY 10007-1312

   **Re:** *Lewis, et al. v. Madej, et al.*, **Case No. 1:15-cv-02676-DLC**

Dear Judge Cote:

   I am counsel for Defendants in the case referenced above.  I write on behalf of Defendants to provide the information ordered by the Court during the discovery conference of today's date.  Below is a list of Defendants' places of business, both before and after February 12, 2012:

1.  Crystal Century Tower, 567 Wei Hai Lu, Shanghai, China 200041 (starting near the end of 2011 to at least until December 2012).  We have produced in discovery the lease and related documents in Chinese.  We submit those documents herewith.

2.  121 Mt Vernon Street, Boston, MA 02108, United States (occupied during part of 2008). Defendants no longer have the lease for that property.

3.  26 S. Prospect Street Suite 1, Amherst, MA 01002 (in 2009).  Defendants no longer have the lease for that property.

4.  TENTEN Wilshire Office, 1010 Wilshire Blvd., Los Angeles, CA 90017 (in 2011). Defendants no longer have the lease for that property, but a letter referencing rent payment for the property is submitted herewith.

5.  ul. Chmielna 26, 80-748 Gdańsk, Poland (from 2012 to 2015).  An invoice and other evidence are submitted herewith.

   Thank you for the Court's attention to this matter.

         Yours very truly,

         /s/Vladimir Tsirkin

         Vladimir Tsirkin