# CARTER LEDYARD & MILBURN LLP

*Counselors at Law*

John M. Griem, Jr.
Partner
•
*Direct Dial: 212-238-8659*
*E-mail: griem@clm.com*

2 Wall Street
*New York, NY 10005-2072*
•
*Tel (212) 732-3200*
*Fax (212) 732-3232*

*570 Lexington Avenue*
*New York, NY 10022-6856*
*(212) 371-2720*

February 25, 2016

**VIA ECF**
Honorable Denise Cote
United States District Judge
Southern District of New York
500 Pearl Street - Room 1040
New York, New York 10007

Re:    Lewis, et al. v. Madej, et al.
Case No. 15-CV-2676 (DLC)

Dear Judge Cote:

We represent Plaintiffs Gregory A. Lewis and Britannica Capital Partners, LLC in the above matter. Yesterday, the parties signed a confidential Settlement Agreement, which provides in part for the filing of a joint Stipulation of Dismissal. A copy of the signed Stipulation is enclosed for the Court's information and is being sent to the Orders clerk by email.

We would appreciate the Court's review and endorsement of the Stipulation at the Court's earliest convenience.

Respectfully yours,

John M. Griem, Jr.

cc:    The Honorable James C. Francis (via electronic mail)
       Vladimir Tsirkin, Esq. (via ECF)

6531338.2

7756006.1

## UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF NEW YORK

GREGORY A. LEWIS and BRITANNICA CAPITAL
PARTNERS, LLC;

      Plaintiffs/Counter-Defendants,

      -against-

MALGORZATA MADEJ, KINGSLEY VENTURES
CORP. and SANJAY GUPTA,

      Defendants/Counterclaimants/
      Third Party Plaintiffs,

      -against-

MICHAEL ROBERT EGAN, RICHARD MARK
FELDMAN, LESLIE A. WHEATON, LUXOR
FINANCIAL GROUP, INC. and KEN NORENSBERG

      Third Party Defendants,

Case No. 15-cv-2676 (DLC)

**STIPULATION OF
DISMISSAL**

Pursuant to a confidential Settlement Agreement, Plaintiffs/Counter-Defendants and Defendants/Counterclaimants/Third Party Plaintiffs have agreed to dismiss all claims, counterclaims, and third party claims pending in this action as follows:

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs hereby dismiss with prejudice this action and all claims against Defendants, with the consent of Defendants.

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Counterclaimants hereby dismiss with prejudice their counterclaims against Counter-Defendants, with the consent of Counter-Defendants.

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Third Party Plaintiffs hereby dismiss with prejudice their Third Party Complaints and all third party claims

7755512.1

made therein against Third Party Defendants MICHAEL ROBERT EGAN and RICHARD MARK FELDMAN.

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Third Party Plaintiffs hereby dismiss without prejudice their Third Party Complaints and all third party claims made therein against Third Party Defendants LESLIE A. WHEATON, LUXOR FINANCIAL GROUP, INC. and KEN NORENSBERG.

The parties agree to bear their own fees and costs.

Dated: February 25, 2016

John M. Griem, Jr.
Carter Ledyard & Milburn LLP
Two Wall Street
New York, NY 10005
(212) 732-3200
griem@clm.com

*Attorneys for*
GREGORY A. LEWIS and BRITANNICA
CAPITAL PARTNERS, LLC

Respectfully submitted,

Vladimir Tsirkin / by permission
Vladimir Tsirkin
Spektor & Tsirkin, P.C.
40 Rector Street, Suite 1502
New York, NY 10006
(212) 461-1355
vtsirkin@spetslaw.com

*Attorneys for*
MALGORZATA MADEJ, KINGSLEY
VENTURES CORP. and SANJAY GUPTA

**SO ORDERED**

Dated: _____

_____
The Honorable Denise L. Cote
United States District Court Judge

7755512.1