UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

GREGORY A. LEWIS and BRITANNICA CAPITAL
PARTNERS, LLC;

     Plaintiffs/Counter-Defendants,

     -against-

MALGORZATA MADEJ, KINGSLEY VENTURES
CORP. and SANJAY GUPTA,

     Defendants/Counterclaimants/
     Third Party Plaintiffs,

     -against-

MICHAEL ROBERT EGAN, RICHARD MARK
FELDMAN, LESLIE A. WHEATON, LUXOR
FINANCIAL GROUP, INC. and KEN NORENSBERG

     Third Party Defendants,

Case No. 15-cv-2676 (DLC)

**STIPULATION OF
DISMISSAL**



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/25/2016

Pursuant to a confidential Settlement Agreement, Plaintiffs/Counter-Defendants and Defendants/Counterclaimants/Third Party Plaintiffs have agreed to dismiss all claims, counterclaims, and third party claims pending in this action as follows:

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs hereby dismiss with prejudice this action and all claims against Defendants, with the consent of Defendants.

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Counterclaimants hereby dismiss with prejudice their counterclaims against Counter-Defendants, with the consent of Counter-Defendants.

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Third Party Plaintiffs hereby dismiss with prejudice their Third Party Complaints and all third party claims

7755512.1

made therein against Third Party Defendants MICHAEL ROBERT EGAN and RICHARD MARK FELDMAN.

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Third Party Plaintiffs hereby dismiss without prejudice their Third Party Complaints and all third party claims made therein against Third Party Defendants LESLIE A. WHEATON, LUXOR FINANCIAL GROUP, INC. and KEN NORENSBERG.

The parties agree to bear their own fees and costs.

Dated:  February 25, 2016

John M. Griem, Jr.
Carter Ledyard & Milburn LLP
Two Wall Street
New York, NY 10005
(212) 732-3200
griem@clm.com

*Attorneys for*
GREGORY A. LEWIS and BRITANNICA
CAPITAL PARTNERS, LLC

Respectfully submitted,

Vladimir Tsirkin                      by permission
Spektor & Tsirkin, P.C.
40 Rector Street, Suite 1502
New York, NY 10006
(212) 461-1355
vtsirkin@spetslaw.com

*Attorneys for*
MALGORZATA MADEJ, KINGSLEY
VENTURES CORP. and SANJAY GUPTA

SO ORDERED

Dated: _Feby 25, 2016_

The Honorable Denise L. Cote
United States District Court Judge

7755512.1